# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

          Plaintiff,

  v.

MARY JANE PICKENS, in her official capacity as Executive Director of the West Virginia State Bar; SHANNON SMITH, in her official capacity as President of the West Virginia State Bar Board of Governors; DAVID AMSBARY, in his official capacity as President-Elect of the West Virginia State Bar Board of Governors,

          Defendants.

Case No. 1:24-cv-115
Judge Thomas Kleeh

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RENEWED MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules of Civil Procedure 7.01 and 7.02(b)(4), Plaintiff, Foundation Against Intolerance & Racism, Inc., and Defendants stipulate that, for good cause, the deadline for Plaintiff to respond to Defendants' Renewed Motion to Dismiss Amended Complaint shall be extended by two weeks to May 13, 2025.

Respectfully submitted this 18th_____ day of April 2025.

*s/ Martin P. Sheehan*
Martin P. Sheehan (WVSB #4812)
Sheehan and Associates, PLLC
1140 Main St Suite 333
Wheeling, West Virginia 26003
Telephone: (304) 232-1064
martin@msheehanlaw.net

Joshua P. Thompson (Pro Hac Vice)
Caleb R. Trotter (Pro Hac Vice)
Pacific Legal Foundation
555 Capitol Mall, Suite 12930
Sacramento, CA 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org
CTrotter@pacificlegal.org

Samantha R. Romero (Pro Hac Vice)
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
SRomero@pacificlegal.org

*Counsel for Plaintiff*
*Foundation Against Intolerance*
*& Racism*

*/s/ Shawn A. Morgan*
Shawn A. Morgan, Esq. (WVSB #6640)

Chase Riggs  (WVSB #14678)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
304-933-8000 - telephone
304-933-8183 – facsimile
shawn.morgan@steptoe-johnson.com
chase.riggs@steptoe-johnson.com

Thomas J. Hurney, Jr., Esq. (WVSB #1833)
Caroline G. Massie, Esq. (WVSB #14651)
JACKSON KELLY, PLLC
P.O. Box 553
Charleston, West Virginia 25322-0553
(304) 340-1000 – telephone
(304) 340-1050 – facsimile
thurney@jacksonkelly.com
caroline.massie@jacksonkelly.com

Kevin J. Robinson, Esq. (WVSB #10181)
PULLIN FOWLER FLANAGAN BROWN
& POE, PLLC
252 George Street
Beckley, West Virginia 25801
(304) 254-9300 – telephone
(304) 255-5519 – facsimile
krobinson@pffwv.com

Marc E. Williams, Esq. (WVSB #4062)
Shaina D. Massie, Esq. (WVSB #13018)
Anna J. Williams, Esq. (WVSB #14705)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
949 Third Ave.
Suite 200
Huntington, WV 2570
(304) 526-3500 – telephone
(304) 526-3599 – facsimile
marc.williams@nelsonmullins.com
shaina.massie@nelsonmullins.com
anna.williams@nelsonmullins.com


*Counsel for Defendants   Mary Jane*
*Pickens, Shannon Smith and David Amsbary*

2

## CERTIFICATE OF SERVICE

     I hereby certify that on April 18th___, 2025, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of West Virginia using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      *s/ Martin P. Sheehan*