IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FOUNDATION AGAINST**
**INTOLERANCE & RACISM, INC.,**

    **Plaintiff,**

  **v.**                                         **CIVIL NO. 1:24-CV-115**
                                                                  **(KLEEH)**

**MARY JANE PICKENS et al.,**

    **Defendants.**

## ORDER

The Court **SCHEDULES** a hearing to take up *Defendants' Renewed Motion to Dismiss Amended Complaint* [ECF No. 34] for **June 12, 2025, at 2:00 p.m.**, at the Clarksburg, West Virginia, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order counsel of record.

DATED: May 12, 2025

                                              */s/ Tom S. Kleeh*
                                    THOMAS S. KLEEH, CHIEF JUDGE
                                    NORTHERN DISTRICT OF WEST VIRGINIA