IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

        Plaintiff,

v.

MARY JANE PICKENS, in her official
capacity as Executive Director of the West
Virginia State Bar; SHANNON SMITH, in
her official capacity as President of the West
Virginia State Bar Board of Governors;
DAVID AMSBARY, in his official capacity
as President-Elect of the West Virginia State
Bar Board of Governors,

        Defendants.

Case No. 1:24-cv-115
Judge Thomas Kleeh

## ORDER SUBSTITUTING PARTIES

Upon consideration of the Notice provided by the parties as to the recent elections for the West Virginia State Bar Board of Governors, and pursuant to Federal Rule of Civil Procedure 25(d), David Amsbary, in his official capacity as President of the West Virginia State Bar Board of Governors, is automatically substituted for Shannon Smith, and Robby Aliff, in his official capacity as President-Elect of the West Virginia State Bar Board of Governors, is automatically substituted for David Amsbary.

It is so **ORDERED**.

The Clerk is **DIRECTED** to amend the caption to reflect the current President and President-Elect of the West Virginia State Bar Board of Governors as stated above to:

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

        Plaintiff,

v.

MARY JANE PICKENS, in her official capacity as Executive Director of the West Virginia State Bar; DAVID AMSBARY, in his official capacity as President of the West Virginia State Bar Board of Governors; ROBBY ALIFF, in his official capacity as President-Elect of the West Virginia State Bar Board of Governors,

        Defendants.

Case No. 1:24-cv-115
Judge Thomas Kleeh

ENTER: July 24, 2025

_____
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

2