# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE & RACISM, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARY JANE PICKENS, in her official capacity as Executive Director of the West Virginia State Bar; DAVID AMSBARY, in his official capacity as President of the West Virginia State Bar Board of Governors; and ROBBY ALIFF, in his official capacity as President-Elect of the West Virginia State Bar Board of Governors, <br><br> Defendants. | **Case No. 1:24-cv-115** <br> **Judge Thomas Kleeh** |

## ORDER

Upon Plaintiff's Motion and representation of Plaintiff's co-counsel, the Motion for Leave of Joshua P. Thompson to Withdraw as attorney for Plaintiff is Granted.

It is so **ORDERED**.

ENTER:  August 14, 2025

THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE