## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

        Plaintiff,

v.

MARY JANE PICKENS, in her official
capacity as Executive Director of the West
Virginia State Bar; DAVID AMSBARY, in
his official capacity as President of the West
Virginia State Bar Board of Governors;
ROBBY ALIFF, in his official capacity as
President-Elect of the West Virginia State Bar
Board of Governors,

        Defendants.

Case No.  1:24-cv-115
Judge Thomas Kleeh

## ORDER

Upon Defendants' Motion and in light of Defendants' representation by co-counsel, the

Motion for Leave of Chase C. Riggs to Withdraw as attorney for Defendants is Granted.

It is so **ORDERED**.

ENTER:    December 10, 2025

_Tom S Kluh_

THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

27699452.1