IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

      Plaintiff,

v.

MARY JANE PICKENS, in her official
capacity as Executive Director of the West
Virginia State Bar; DAVID AMSBARY, in
his official capacity as President of the West
Virginia State Bar Board of Governors;
ROBBY ALIFF, in his official capacity as
President-Elect of the West Virginia State Bar
Board of Governors,

      Defendants.

Case No. 1:24-cv-115
Judge Thomas Kleeh

## ORDER OF SUBSTITUTION OF PARTY

Upon consideration of the Notice of Substitution of Party provided regarding the newly appointed Executive Director for the West Virginia State Bar, and pursuant to Federal Rule of Civil Procedure 25(d), Kevin Baker, in his official capacity as the new Executive Director of the West Virginia State Bar effective January 1, 2026, is automatically substituted for Mary Jane Pickens, in , her prior capacity as its Executive Director.

It is so therefore **ORDERED**.

The Clerk of this Court is **DIRECTED** to amend the style and caption of this civil action as it is referenced above to reflect the current Executive Director of the West Virginia State Bar as follows:

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE & RACISM, INC., | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-115<br>Judge Thomas Kleeh |
| KEVIN BAKER, in his official capacity as Executive Director of the West Virginia State Bar; DAVID AMSBARY, in his official capacity as President of the West Virginia State Bar Board of Governors; ROBBY ALIFF, in his official capacity as President-Elect of the West Virginia State Bar Board of Governors, | |
| Defendants. | |

ENTER: January 6, 2026

*/s/ Tom S Kleeh*

THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

2

27699958