**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

       Plaintiff,

   v.

KEVIN BAKER, in his official capacity as
Executive Director of the West Virginia State
Bar; SHANNON SMITH, in her official
capacity as President of the West Virginia
State Bar Board of Governors; DAVID
AMSBARY, in his official capacity as
President-Elect of the West Virginia State Bar
Board of Governors,

       Defendants.

Case No. 1:24-cv-115
Judge Thomas Kleeh

## ORDER SUBSTITUTING PARTIES

Upon consideration of the Notice provided by the Defendants as to the recent elections for

the West Virginia State Bar Board of Governors, and pursuant to Federal Rule of Civil Procedure

25(d), Robby Aliff, in his official capacity as President of the West Virginia State Bar Board of

Governors, is automatically substituted for David Amsbary, and Kimberley Crockett, in her

official capacity as President-Elect of the West Virginia State Bar Board of Governors, is

automatically substituted for Robby Aliff.

It is so **ORDERED**.

The Clerk is **DIRECTED** to amend the caption to reflect the current President and

President-Elect of the West Virginia State Bar Board of Governors as stated above to:

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

        Plaintiff,

  v.

KEVIN BAKER, in his official capacity as
Executive Director of the West Virginia State
Bar; ROBBY ALIFF, in his official capacity
as President of the West Virginia State Bar
Board of Governors; KIMBERLEY
CROCKETT, in her official capacity as
President-Elect of the West Virginia State Bar
Board of Governors,

        Defendants.

Case No. 1:24-cv-115
Judge Thomas Kleeh

ENTER:    April 24, 2024

THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

2