**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

        Plaintiff,

  v.

KEVIN BAKER, in his official capacity as
Executive Director of the West Virginia State
Bar; ROBBY ALIFF, in his official capacity
as President of the West Virginia State Bar
Board of Governors; KIMBERLEY
CROCKETT, in her official capacity as
President-Elect of the West Virginia State Bar
Board of Governors,

        Defendants.

Case No.  1:24-cv-115
Judge Thomas Kleeh

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER
REGARDING PLAINTIFF'S FIRST SET OF REQUESTS FOR
<u>ADMISSIONS TO DEFENDANTS [ECF NO. 72]</u>**

COME NOW, Defendants Kevin Baker, Robby Aliff, and Kimberley Crockett

("Defendants"), by counsel, and move this Court, pursuant to Rule 26(c) of the Federal Rules of

Civil Procedure, for entry of a Protective Order regarding *Plaintiff's First Set of Requests for*

*Admissions to Defendants* [ECF No. 72] ("Plaintiff's Requests for Admissions").  The Court

should grant this motion and enter a protective order because (1) Plaintiff's Requests for

Admission are moot because, on April 20, 2026, the West Virginia State Bar held its Annual

Meeting, during which it adopted proposed Bylaws amendments which, if approved, resolve the

allegations raised in Plaintiff's Complaint; (2) Plaintiff's Requests for Admissions are not relevant

since, assuming that the Supreme Court of Appeals of West Virginia adopts the amendments

approved by the State Bar, this matter as pled will be moot; and (3) Defendants' pending Motion

1

for 6-Month Stay [ECF No. 56] also constitutes good cause for entry of the requested protective order.

A memorandum of law in support of this motion is submitted herewith.

WHEREFORE, Defendants request that this Court grant their motion and enter an order that Defendants are not required to respond to *Plaintiff's First Set of Requests for Admissions to Defendants*.

         */s/ Shawn A. Morgan*
         Shawn A. Morgan, Esq. (WVSB #6640)
         STEPTOE & JOHNSON PLLC
         400 White Oaks Boulevard
         Bridgeport, West Virginia 26330
         304-933-8000 - telephone
         304-933-8183 – facsimile
         *shawn.morgan@steptoe-johnson.com*

         Thomas J. Hurney, Jr., Esq. (WVSB #1833)
         JACKSON KELLY, PLLC
         P.O. Box 553
         Charleston, West Virginia 25322-0553
         (304) 340-1000 – telephone
         (304) 340-1050 – facsimile
         *thurney@jacksonkelly.com*

         Marc E. Williams, Esq. (WVSB #4062)
         Shaina D. Massie, Esq. (WVSB #13018)
         Anna J. Williams, Esq. (WVSB #14705)
         NELSON MULLINS RILEY &
         SCARBOROUGH LLP
         949 Third Ave.
         Suite 200
         Huntington, WV 2570
         (304) 526-3500 – telephone
         (304) 526-3599 – facsimile
         *marc.williams@nelsonmullins.com*
         *shaina.massie@nelsonmullins.com*
         *anna.williams@nelsonmullins.com*

         *Counsel for Defendants Kevin Baker,*
         *Robby Aliff, and Kimberley Crockett*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

    Plaintiff,

  v.

KEVIN BAKER, in his official capacity as
Executive Director of the West Virginia State
Bar; ROBBY ALIFF, in his official capacity
as President of the West Virginia State Bar
Board of Governors; KIMBERLEY
CROCKETT, in her official capacity as
President-Elect of the West Virginia State Bar
Board of Governors,

    Defendants.

Case No.  1:24-cv-115
Judge Thomas Kleeh

**CERTIFICATE OF SERVICE**

   I, the undersigned, counsel for Defendants Kevin Baker, Robby Aliff, and Kimberley Crockett do hereby certify that on this 15th day of May 2026, I electronically filed the foregoing **"DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANTS [ECF NO. 72]"** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

    Martin P. Sheehan
    Sheehan and Associates, PLLC
    1140 Main St Suite 333
    Wheeling, West Virginia 26003
    Telephone: (304) 232-1064
    *martin@msheehanlaw.net*

Samantha R. Romero *(admitted Pro Hac Vice)*
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
*SRomero@pacificlegal.org*

Caleb R. Trotter (*admitted Pro Hac Vice*)
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7747
*CTrotter@pacificlegal.org*

*Counsel for Plaintiff*

    */s/ Shawn A. Morgan*
Shawn A. Morgan, Esq. (WVSB #6640)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
304-933-8000 - telephone
304-933-8183 – facsimile
*shawn.morgan@steptoe-johnson.com*

*Counsel for Defendants Kevin Baker,
Robby Aliff, and Kimberley Crockett*