IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


FOUNDATION AGAINST
INTOLERANCE & RACISM, INC.,

      Plaintiff,

   v.                                        CIVIL NO. 1:24-CV-115
                                                   (KLEEH)

ROBBY ALIFF et al.,

      Defendants.


**ORDER GRANTING MOTION TO STAY [ECF NO. 56] AND DENYING DISCOVERY
MOTIONS AS MOOT [ECF NOS. 68, 70, 80]**

      Pending before the Court is Defendants' motion to stay the case for six months.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.  How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance."  Landis v. N. Am. Co., 299 U.S. 248, 254-55 (1936) (citations omitted).  The Court has considered "(1) the length of the requested stay; (2) the hardship that the movant would face if the motion were denied; (3) the burden a stay would impose on the nonmovant; and (4) whether the stay would promote judicial economy by avoiding duplicative litigation."  Segal v. Dinsmore, No. 1:20-CV-267, 2021 WL 10352658, at *2 (N.D.W. Va. Oct. 4, 2021) (citing Stone v.

**FAIR V. ALIFF ET AL.**                                                      **1:24-CV-115**

**ORDER GRANTING MOTION TO STAY [ECF NO. 56] AND DENYING DISCOVERY MOTIONS AS MOOT [ECF NOS. 68, 70, 80]**

Trump, 402 F. Supp.3d 153, 160 (D. Md. 2019)).  The Court is aware that the Supreme Court of Appeals of West Virginia will hold a Rules conference on June 18, 2026, and may consider proposed changes to the West Virginia State Bar Bylaws relating to this case.[1]  Given that the Supreme Court may potentially adopt new Bylaws relating to this case, and given certain unrelated scheduling issues anticipated by this Court, this Court finds good cause to and hereby does **GRANT** Defendants' motion to stay [ECF No. 56].  This civil action is **STAYED** until **November 1, 2026.**  On or before **November 1, 2026,** Defendants are **DIRECTED** to file a status report.  In the status report, Defendants shall update the Court as to the status of the proposed Bylaws.

Given that the Court has stayed the case, the motion to compel discovery responses and motions for protective orders are **DENIED AS MOOT, WITHOUT PREJUDICE** [ECF Nos. 68, 70, 80], with leave to refile in accordance with any future scheduling order that may be implemented.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

---

[1]    See    https://www.courtswv.gov/sites/default/pubfilesmnt/2025-11/2026%20SCA%20Calendar%20-%20Final_0.pdf (last visited June 4, 2026).

2

FAIR V. ALIFF ET AL.                                        1:24-CV-115

**ORDER GRANTING MOTION TO STAY [ECF NO. 56] AND DENYING DISCOVERY MOTIONS AS MOOT [ECF NOS. 68, 70, 80]**

DATED: June 4, 2026

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA