**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**FOUNDATION AGAINST**
**INTOLERANCE & RACISM, INC.,**

**Plaintiff,**

**v.** **CIVIL NO. 1:24-CV-115**
**(KLEEH)**

**ROBBY ALIFF,**
**KEVIN BAKER, and**
**KIMBERLEY D. CROCKETT,**

**Defendants.**

**ORDER**

On October 30, 2026, Defendants filed a third status report. See ECF No. 87. In it, Defendants request an order denying as moot Plaintiff's request for declaratory and injunctive relief. They also ask the Court to set a status conference. Plaintiff is **DIRECTED** to file a response to the requests on or before **November 9, 2026.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 3, 2026

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA